# Order

Michigan Supreme Court
Lansing, Michigan

September 16, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150483-4

JAKE WILLIAMS, JR.,
          Plaintiff,

v

ENJOI TRANSPORTATION SOLUTIONS,
LLC,
          Defendant,

and

AMERICAN GUARANTEE AND
LIABILITY INSURANCE COMPANY,
          Defendant-Appellant,

and

FARM BUREAU MUTUAL INSURANCE
COMPANY OF MICHIGAN,
          Defendant-Appellee.
_____/

SC: 150483
COA: 312872
Wayne CC: 11-012265-NF

FARM BUREAU MUTUAL INSURANCE
COMPANY OF MICHIGAN,
          Plaintiff-Appellee,

v

AMERICAN GUARANTEE AND
LIABILITY INSURANCE COMPANY,
          Defendant-Appellant,

and

ENJOI TRANSPORTATION SOLUTIONS,
LLC,
          Defendant.
_____/

SC: 150484
COA: 312882
Wayne CC: 10-010483-NF

On order of the Court, the application for leave to appeal the October 9, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2015



Clerk

a0909